Unit: $$U1    [01-17-06 08:56:21]   PGT: MILES1  GALLEYS ☞

Cite as: 546 U. S. —— (2006)                  1

Breyer, J., dissenting

# SUPREME COURT OF THE UNITED STATES

———————

No. 05A639 (05–8639)

———————

## CLARENCE R. ALLEN *v.* STEVEN W. ORNOSKI, ACTING WARDEN

### ON APPLICATION FOR STAY AND ON PETITION FOR WRIT OF CERTIORARI

[January 16, 2006]

The application for stay of execution of sentence of death presented to Justice O'Connor and by her referred to the Court is denied.  The petition for a writ of certiorari is denied.

Justice Breyer dissenting.

Petitioner is 76 years old, blind, suffers from diabetes, is confined to a wheelchair, and has been on death row for 23 years.  I believe that in the circumstances he raises a significant question as to whether his execution would constitute "cruel and unusual punishment."   U. S. Const., Amdt. 8.  See *Knight* v. *Florida,* 528 U. S. 990, 993 (1999) (Breyer, J., dissenting from denial of certiorari); *Elledge* v. *Florida,* 525 U. S. 944 (1998) (Breyer, J., dissenting from denial of certiorari); *Lackey* v. *Texas,* 514 U. S. 1045 (1995) (Stevens, J., respecting denial of certiorari).  I would grant the application for stay of execution.